MICHAEL KENNETH MOTES
JR.,

        Petitioner,

v.

STATE OF FLORIDA, JULIE L.
JONES, Secretary, DEPARTMENT
OF CORRECTIONS,

        Respondents.
_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4291

Opinion filed October 2, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Michael Kenneth Motes Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel, Department of Corrections, Tallahassee, for Respondents.

PER CURIAM.

        The petition for writ of habeas corpus is denied on the merits.

WETHERELL, ROWE, and RAY, JJ., CONCUR.